Thimesch Law Offices
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>        Defendants.<br>_____ / | CASE NO. C07-4087 EDL<br>Civil Rights<br><br>**CORRECTION OF TELEPHONE NUMBER** |

    The Complaint provides the wrong telephone number for plaintiff's counsel. The correct number is (925) 588-0401.


Dated: August 21, 2007        THIMESCH LAW OFFICES

                              TIMOTHY S. THIMESCH

                              /s/ Tim Thimesch

                              _____
                              Attorneys for Plaintiff
                              CRAIG YATES

Thimesch Law Offices
171 FRONT STREET
SUITE 102
DANVILLE, CA 94526
(925) 855-8235

**Correction of Telephone Number: C07-4087 EDL**