1  MARTIN H. ORLICK, SBN 83908, mho@jmbm.com
   MATTHEW S. KENEFICK, SBN 227298, msk@jmbm.com
2  JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, 5th Floor
3  San Francisco, California 94111
   Telephone:  (415) 398-8080
4  Facsimile:  (415) 398-5584

5  Attorneys for Specially Appearing Defendant
   CITY OF SAN FRANCISCO UPTOWN PARKING
6  CORPORATION, a California non-profit corporation

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | CRAIG YATES,                         | CASE NO.   C 07 4087 EDL
14 |         Plaintiff,                    |
15 |    v.                                  | **(PROPOSED) ORDER RE:**
   |                                        | ***EX PARTE* APPLICATION FOR
16 | UNION SQUARE; CITY AND COUNTY OF       | EXTENSION OF TIME FOR SPECIALLY
   | SAN FRANCISCO; CITY OF SAN             | APPEARING DEFENDANT, CITY OF SAN
17 | FRANCISCO UPTOWN PARKING               | FRANCISCO UPTOWN PARKING
   | CORPORATION; EMPORIO RULLI IL          | CORPORATION TO FILE A RESPONSE
18 | CAFFE UNION SQ.; EMPORIO RULLI IL      | TO CIVIL COMPLAINT**
   | CAFFE UNION SQ., INC.; and DOES 1
19 | through 50, Inclusive,
20 |         Defendants.
21

22

23     The Court, having considered the above-stated ex parte application and good cause

24 appearing therefore,

25         IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

26     The ex parte application for an extension of time to respond to the Complaint is

27 GRANTED.  Defendant CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION and

28 all other Defendants who have been served with process, shall file their responsive pleadings on or

PRINTED ON
RECYCLED PAPER

619187v1
                                        - 1 -           PROPOSED ORDER, Case No. C07 4087 EDL

1  before September 28, 2007.

2

3  DATED: _____         _____
                                            JUDGE OF THE UNITED STATES DISTRICT
4                                           COURT FOR THE NORTHERN DISTRICT OF
                                            CALIFORNIA
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28