MARTIN H. ORLICK, SBN 83908, mho@jmbm.com
MATTHEW S. KENEFICK, SBN 227298, msk@jmbm.com
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Specially Appearing Defendant
CITY OF SAN FRANCISCO UPTOWN PARKING
CORPORATION, a California non-profit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO.   C 07 4087 EDL<br><br>**PROOF OF SERVICE RE:**<br><br>*EX PARTE* **APPLICATION FOR EXTENSION OF TIME FOR SPECIALLY APPEARING DEFENDANT, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION TO FILE A RESPONSE TO CIVIL COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES; AND SUPPORTING DECLARATION OF MARTIN H. ORLICK, ESQ**<br><br>**[Local Rule 6-3]** |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

　　I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

　　On August 30, 2007 I served the document(s) described as **(1)** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME FOR SPECIALLY APPEARING DEFENDANT, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION TO FILE A RESPONSE TO CIVIL COMPLAINT; AND SUPPORTING DECLARATION OF MARTIN H. ORLICK, ESQ; (2) DECLARATION OF MARTIN H. ORLICK IN SUPPORT OF** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME FOR SPECIALLY APPEARING DEFENDANT, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION TO FILE A RESPONSE TO CIVIL COMPLAINT; (3) (PROPOSED) ORDER**

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Timothy S. Thimesch, Esq.
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, Ca 94597-3452

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail address(es) of the addressee(s) by use as identified and maintained therein.

☒ (BY FAX) At 4:00 p.m.., I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on August 30, 2007 at San Francisco, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Angela Pereira

Angela Pereira