DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:     (415) 554-3837
E-Mail:        jim.emery@sfgov.org

Attorneys for Defemdant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>   Defendants. | Case No. C07-4087 EDL<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S JOINDER IN *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO CIVIL COMPLAINT**<br><br>[Local Civil Rules 6-3, 7-10] |
|---|---|

  Defendant City and County of San Francisco ("the City") hereby joins San Francisco Uptown Parking Corporation's ("Uptown Parking") *ex parte* application for extension of time to respond to plaintiff's complaint in this action.  The additional time is necessary to allow defendants to evaluate the case, and to process conflict waivers for counsel.  Defendants intend that Mr. Orlick will represent both Uptown Parking and the City in this matter.  Defendants, however, require additional time to process the necessary conflict waivers before Mr. Orlick may appear for the City.  The time required

1  for processing the conflict waiver in this case is routine, and simply reflects the multiple internal
2  approvals necessary for processing the waivers, especially in light of the vacation schedule of key
3  City personnel in August, including Marisa Moret, Managing Attorney of the San Francisco City
4  Attorney's Office, whose duties include analysis and assessment of all requests for conflict waivers.
5  Ms. Moret was on vacation the last two weeks of August.
6      The requested 30-day extension will provide the City the time it needs to retain litigation
7  counsel. The requested extension will promote efficiency and the conservation of judicial resources.
8  The case will inevitably be more streamlined if two defendants are represented by a single counsel,
9  coordinating defendants' response to plaintiff's complaint with a single motion or answer.
10     For the foregoing reasons, the City joins Uptown Parking's request for a 30-day extension to
11 respond to plaintiff's complaint.

13 DATED: September 6, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

By:_____/S/_____
JAMES M. EMERY
Deputy City Attorney

Attorneys for Defendant City and
County of San Francisco

CCSF'S JOINDER IN REQUEST FOR EXTENSION      2      n:\lit\li2007\080216\00436087.doc
CASE NO. C07-4087 EDL