1   MARTIN H. ORLICK, SBN  83908, mho@jmbm.com
    MATTHEW S. KENEFICK, SBN 227298, msk@jmbm.com
2   JEFFER, MANGELS, BUTLER & MARMARO LLP
    Two Embarcadero Center, 5th Floor
3   San Francisco, California 94111
    Telephone:   (415) 398-8080
4   Facsimile:   (415) 398-5584

5   Attorneys for Specially Appearing Defendant
    CITY OF SAN FRANCISCO UPTOWN PARKING
6   CORPORATION, a California non-profit corporation

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12

13   CRAIG YATES,                          | CASE NO.    C 07 4087 EDL

14          Plaintiff,                     | (PROPOSED) ORDER RE:
                                           | *EX PARTE* APPLICATION FOR
15      v.                                 | EXTENSION OF TIME FOR SPECIALLY
                                           | APPEARING DEFENDANT, CITY OF SAN
16   UNION SQUARE; CITY AND COUNTY OF      | FRANCISCO UPTOWN PARKING
     SAN FRANCISCO; CITY OF SAN            | CORPORATION TO FILE A RESPONSE
17   FRANCISCO UPTOWN PARKING              | TO CIVIL COMPLAINT
     CORPORATION; EMPORIO RULLI IL         |
18   CAFFE UNION SQ.; EMPORIO RULLI IL     |
     CAFFE UNION SQ., INC.; and DOES 1     |
19   through 50, Inclusive,                |

20          Defendants.

21

22

23        The Court, having considered the above-stated ex parte application and good cause

24   appearing therefore,

25              IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

26        The ex parte application for an extension of time to respond to the Complaint is

27   GRANTED.  Defendant CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION and

28   all other Defendants who have been served with process, shall file their responsive pleadings on or

1    before September 28, 2007.

2

3    DATED: __September 7, 2007_____      _____

4                           JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF

5                           CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

619187v1

- 2 -       PROPOSED ORDER, Case No. C07 4087 EDL