**Printed**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| TIMOTHY S. THIMESCH, ESQ.<br>TIM THIMESCH - SBN # 148213<br>158 HILLTOP CRESCENT<br>WALNUT CREEK, CA  945973452 | | (925) 588-0400 | |

ATTORNEY FOR (NAME)    PLAINTIFF

REFERENCE NUMBER
ES216822-02

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

,

SHORT NAME OF CASE
CRAIG YATES vs. UNION SQUARE, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-4087 EDL |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; COURT GUIDELINES; ECF REGISTRATION
INFORMATION HANDOUT; CIVIL COVER SHEET; SCHEDULING ORDER; STANDING ORDER;
STANDING ORDER RE CASE MANAGMENT CONFERENCE;

**Name:**  CITY AND COUNTY OF SAN FRANCISCO

**Person Served:**  NYDIA GONZALES
**Title:**  AUTHORIZED TO ACCEPT SERVICE

**Date of Delivery:**  08/13/07
**Time of Delivery:**  12:15 pm

**Place of Service:**  CITY HALL, ROOM 234
SAN FRANCISCO, CA 94102          (Business)

**Manner of Service:**  Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X]  Federal Rules of Civil Procedure

[ ]  California Code of Civil Procedure

**Fee for service:**    $ 75.00

[X]  Registered: . . SAN FRANCISCO . . . County,
Number: . . . . 2004-0000903 . . . . . . .

**1099 E. Champlain, Suite A**
Fresno, CA 93720          *Client file # N/A*
**(559) 222-2274**
30B/ES216822-02          PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct
and that this declaration was executed
on: . . . . . . . August 14, 2007 . . . . . . . ,
at: . . . . . . . . . . . Fresno . . . . . , California.

Signature: _____
Name: ALEX BULATAO
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER