| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| TIMOTHY S. THIMESCH, ESQ.<br>TIM THIMESCH - SBN # 148213<br>158 HILLTOP CRESCENT<br>WALNUT CREEK, CA 945973452 | (925) 588-0400 | |
| ATTORNEY FOR (NAME): PLAINTIFF | REFERENCE NUMBER: ES216822-03 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
CRAIG YATES vs. UNION SQUARE, ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C07-4087 EDL |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; COMPLAINT; COURT GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; SCHEDULING ORDER; STANDING ORDER; STANDING ORDER RE CASE MANAGEMENT CONFERENCE;

**Name:** CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION

**Person Served:** JOAN IMBEAU
**Title:** AUTHORIZED TO ACCEPT SERVICE

**Date of Delivery:** 08/13/07
**Time of Delivery:** 10:15 am

**Place of Service:** 244 KEARNEY ST., 9TH FLOOR
SAN FRANCISCO, CA 94108    (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 75.00

[X] Registered: SAN FRANCISCO County,
Number: 2004-0000903

1099 E. Champlain, Suite A
Fresno, CA 93720
(559) 222-2274
30B/ES216822-03

Client file # N/A

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 14, 2007
at: Fresno, California.

Signature: [signed]
Name: ALEX BULATAO
Title: EMPLOYEE OF A REGISTERED PROCESS SERVER

PROOF OF SERVICE