1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants CITY AND COUNTY OF SAN
   FRANCISCO and CITY OF SAN FRANCISCO UPTOWN
6  PARKING CORPORATION, a California Corporation

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | CRAIG YATES,                          | CASE NO.   C074087EDI
12 |        Plaintiff,                     | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)] AND TO STRIKE PLAINTIFF'S UNSUPPORTED AND IMPROPER DAMAGE PRAYERS FROM THE COMPLAINT [FRCP 12(f)]**
13 |    v.                                 |
14 | UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN
15 | FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL
16 | CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1
17 | through 50, Inclusive,                 |
                                            | **Accompanying Papers**:  Notice of Motion; Memorandum of Points and Authorities; (Proposed) Order
18 |        Defendants.                    |
19                                         | Date:    November 6, 2007
                                            | Time:    9:00 a.m.
20                                         | Dept:    Crtrm. E
                                            | Judge:   The Hon. Elizabeth D. Laporte
21
                                            | Complaint filed:    August 9, 2007
22                                         | Trial date:         none set

23

24         Pursuant to Federal Rule of Evidence 201, Defendants City and County of San

25 Francisco ("CCSF") and City of San Francisco Uptown Parking Corporation, a California

26 corporation ("Uptown") (collectively, "Moving Parties") hereby submit the following Request for

27 Judicial Notice in Support of Motion for the Court to Decline Supplemental Jurisdiction Over and to

28 Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)] and to Strike Plaintiff's Unsupported

and Improper Damage Prayers from the Complaint [FRCP 12(f)]:

1. Moving Parties hereby request the Court take judicial notice of the January 17, 2007, denial of the California Supreme Court of the petition for review of plaintiff/appellant David Gunther of the decision of Gunther v. Lin, 144 Cal.App.4th 223 (4th Dist. 2006). Attached hereto as **Exhibit A** is a true and correct copy of the online register of actions for this petition.

2. Moving Parties hereby request this Court take judicial notice of the decision of the United States District Court for the Southern District of California in Cross v. Pacific Coast Plaza Invest., No. 06CV2543 JM(RBB) (SD Cal. Mar. 6, 2007), a true and correct copy of which is attached hereto as **Exhibit B**.

3. Moving Parties hereby request this Court take judicial notice of the March 22, 2007 decision of the United States District Court for the Eastern District of California in Wilson v. Haria and Gogri Corp., 2007 WL 851744 (ED Cal. 2007), a true and correct copy of which is attached hereto as **Exhibit C**.

4. Moving Parties hereby request this Court take judicial notice of the May 29, 2007 decision of the United States District Court for the Southern District of California in Cross v. Boston Market Corp., 07CV486J(LSP), a true and correct copy of which is attached hereto as **Exhibit D**.

DATED: September 28, 2007    JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK
MATTHEW S. KENEFICK

By: /S/ Martin H. Orlick
MARTIN H. ORLICK
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a California corporation