United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES

    Plaintiff,

  v.

UNION SQUARE, CITY & COUNTY
OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C-07-04087 EDL

NOTICE REGARDING CONSENT TO
JURISDICTION OF UNITED STATES
MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on August 9, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Defendants City & County of San Francisco and City of San Francisco Uptown Parking Corporation have filed a Motion to Dismiss and Strike, document 13, which has been noticed for hearing on November 6, 2007 at 9:00 a.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than **October 9, 2007**, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: October 1, 2007

                                              Richard W. Wieking, Clerk

                                              _/s/ Lili M. Harrell_____

                                              By: Lili M. Harrell, Deputy Clerk

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>    v.<br><br>UNION SQUARE, CITY & COUNTY OF<br>SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No.  C 07- 4087 EDL<br><br><br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                         Signature

                                         Counsel for _____
                                         (Name or party or indicate "pro se")

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

        Plaintiff,

v.

UNION SQUARE, CITY & COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
_____/

No. C 07- 4087 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____

_____
Signature

Counsel for _____
(Name or party or indicate "pro se")

3