UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

v.

UNION SQUARE, CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 07-4087 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 8, 2007

Signature

Counsel for <u>Defendants, City and County</u>
(Name or party or indicate "pro se")
of San Francisco; City of San
San Francisco Uptown Parking Corporation

3