| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
|   | MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com |
| 2 | MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com |
|   | Two Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111-3824 |
|   | Telephone: (415) 398-8080 |
| 4 | Facsimile: (415) 398-5584 |
| 5 | Attorneys for Defendants CITY AND COUNTY OF SAN |
|   | FRANCISCO and CITY OF SAN FRANCISCO UPTOWN |
| 6 | PARKING CORPORATION, a California Corporation |
| 7 | Dennis J. Herrera, SBN 139669 |
|   | Joanne Hoeper, SBN 114961 |
| 8 | James Moxon Emery, SBN 153630 |
|   | OFFICE OF THE CITY ATTORNEY |
| 9 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 10 | San Francisco, CA 94102-5408 |
|   | Telephone: (415) 554-4261 |
| 11 | Facsimile: (415) 554-3837 |
| 12 | Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, | CASE NO. C074087 JSW |
| Plaintiff, | |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive, | |
| Defendants. | Complaint filed: August 9, 2007<br>Trial date: none set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the Office of the City Attorney hereby associates with Martin H. Orlick and Jeffer, Mangels, Butler & Marmaro LLP as attorneys of record for Defendant the City and County of San Francisco.

1  I consent to the above association.

2  Dated: ~~September~~ Oct 15, 2007          OFFICE OF THE SAN FRANCISCO CITY ATTORNEY

3

4                                              /s/ James M. Emery
                                               ────────────────────────────
5                                              JAMES M. EMERY
                                               Attorneys for Defendant CITY AND COUNTY OF SAN
6                                              FRANCISCO

7  I accept the above association.

8  Dated: ~~September~~ October 15, 2007       JEFFER, MANGELS, BUTLER & MARMARO LLP

9

10                                             /s/ Martin H. Orlick
                                               ────────────────────────────
11                                             MARTIN H. ORLICK
                                               Co-counsel for Defendant CITY AND COUNTY OF
12                                             SAN FRANCISCO and attorneys for Defendant CITY OF SAN
                                               FRANCISCO UPTOWN PARKING CORPORATION, a
                                               California Corporation
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE  Case No. 07-cv-04087 EDL

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

      I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

      On October 16, 2007 I served the document(s) described as

      **Notice of Association of Counsel;**

      in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Timothy S. Thimesch, Esq.
Gene A. Farber, Esq.
Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA  94597-3452

☒     (BY ELECTRONIC MAIL) via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein. I

☒     (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     (BY FAX) At          , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐     (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐     (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

      Executed on October 16, 2007 at San Francisco, California.

☒     (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                             Angela Pereira

630223v1