1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants CITY AND COUNTY OF SAN
   FRANCISCO and CITY OF SAN FRANCISCO UPTOWN
6  PARKING CORPORATION, a California Corporation

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  CRAIG YATES,                              CASE NO. C074087JSW

12        Plaintiff,                   *RELATED*  CASE NO. C073685TEH(SBA)

13     v.                              **REQUEST FOR JUDICIAL NOTICE IN
                                       SUPPORT OF NOTICE OF RELATED
14  UNION SQUARE; CITY AND COUNTY OF   CASES AND REQUEST FOR RE-
    SAN FRANCISCO, CITY OF SAN         ASSIGNMENT (Local Rule 3-12)**
15  FRANCISCO UPTOWN PARKING
    CORPORATION; EMPORIO RULLI IL      **Accompanying Papers**: Notice of Related
16  CAFFE UNION SQ.; EMPORIO RULLI IL  Cases
    CAFFE UNION SQ., INC.; and DOES 1
17  through 50, Inclusive,

18        Defendants.

19                                     Complaint filed:     August 9, 2007
                                       Trial date:          none set
20

21         Pursuant to Federal Rule of Evidence 201, Defendants City and County of San Francisco

22  and City of San Francisco Uptown Parking Corporation, a California corporation (collectively,

23  "Defendants") hereby submit the following Request for Judicial Notice in Support of Notice of

24  Related Cases and Request for Re-Assignment:

25         1.     Defendants hereby request the Court take judicial notice of the Complaint for

26  Declaratory and Injunctive Relief for Discrimination Against Persons with Disabilities in Violation

27  of: the Americans with Disabilities Act of 1990; Section 504 of the Rehabilitation Act of 1973; Cal

28  Civ. Code §§ 51, et seq., Cal Civil. Code §§  54, et seq., and Cal. Gov't Code §§ 11135, et seq. filed

PRINTED ON

RECYCLED PAPER

627557v1

C074087JSW
REQUEST FOR JUDICIAL NOTICE

1    by Ivana Kirola, Michael Kwok, and Elizabeth Elftman on July 17, 2007 (the "Kirola Complaint").

2    Attached hereto as **Exhibit 1** is a true and correct copy of the Kirola Complaint.

3            2.        Defendants hereby request the Court take judicial notice of the Complaint for

4    Injunctive & Declaratory Relief and Damages: Denial of Civil Rights of a Disabled Person in

5    Violation of the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of

6    1973, and California's Disabled Rights Statutes filed by Craig Yates on August 9, 2007 (the "Yates

7    Complaint").  Attached hereto as **Exhibit 2** is a true and correct copy of the Yates Complaint.

8

9    DATED:        October 18, 2007            JEFFER, MANGELS, BUTLER & MARMARO LLP
                                              MARTIN H. ORLICK
10                                            MATTHEW S. KENEFICK

11

12                                            By: /S/ Martin H. Orlick
                                                    MARTIN H. ORLICK
                                              Attorneys for Defendant CITY AND COUNTY OF
13                                            SAN FRANCISCO AND CITY OF SAN
                                              FRANCISCO UPTOWN PARKING
14                                            CORPORATION, a California corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

627557v1                                      - 2 -    C074087JSW
                                                       REQUEST FOR JUDICIAL NOTICE