JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a California Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. C074087JSW<br><br>*RELATED* CASE NO. C073685TEH(SBA)<br><br>**PROOF OF SERVICE RE:<br>NOTICE OF RELATED CASES AND REQUEST FOR RE-ASSIGNMENT (Local Rule 3-12)**<br><br>**Accompanying Papers**: Request for Judicial Notice<br><br>Complaint filed:    August 9, 2007<br>Trial date:    none set |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On October 18, 2007 I served the document(s) described as

    1. Notice of Related Cases and Request For Re-Assignment (Local Rule 3-12);

    2. Request for Judicial Notice in Support of Notice of Related Cases and Request For Re-Assignment (Local Rule 3-12);

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Timothy S. Thimesch, Esq.
Gene A. Farber, Esq.
Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
(Attorneys for Craig Yates)

Guy B. Wallace, Esq.
Nancy Park, Esq.
Christian Schreiber, Esq.
Schneider & Wallace
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

Mark T. Johnson, Esq.
Alexius Markwalder, Esq.
The Sturdevant Law Firm
475 Sansome Street, Suite 1750
San Francisco, CA 94111

James M. Emery, Esq.
City and County of San Francisco
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408

☒   (BY ELECTRONIC MAIL) via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein. I

☒   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1    Executed on October 18, 2007 at San Francisco, California.

2    ☒    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Angela Pereira*

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JMBM | Jeffer Mangels Butler & Marmaro LLP

PRINTED ON
RECYCLED PAPER

630502v1

- 2 -    C074087JSW
PROOF OF SERVICE RE: NOTICE OF RELATED CASES