1  THIMESCH LAW OFFICES
   TIMOTHY S. THIMESCH, ESQ., No. 148213
2  GENE A. FARBER, ESQ., No. 44215
                  - Of Counsel
3  185 Hillcrest Drive
   Walnut Creek, CA 94597-3452
4  Telephone: (925) 588-0401
   Facsimile: (888) 210-8868
5  tim@thimeschlaw.com
   genefarber@gmail.com
6
   Attorneys for Plaintiff
7  CRAIG YATES

8             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9

10 CRAIG YATES                          Case No. C 07 4087JSW

11              Plaintiff,              RELATED CASE NO. C 07 3685 SBA

12 vs.                                  **PLAINTIFF COUNSEL'S REQUEST TO THE CLERK OF COURT THAT HE BE DESIGNATED INTERESTED PARTY PENDING OUTCOME OF RELATED CASE MOTION**
13 UNION SQUARE; CITY AND COUNTY
   OF SAN FRANCISCO; CITY OF SAN
14 FRANCISCO UPTOWN PARKING
   CORPORATION; EMPORIO RULLI IL
15 CAFFE UNION SQ.; EMPORIO RULLI IL
   CAFFE UNION SQ., INC.; and DOES 1
16 through 50, Inclusive,

17              Defendants.        /
18
19    **TO THE CLERK:**

20    Plaintiff Counsel Timothy S. Thimesch requests that pending the outcome of

21 defendants' Motion to relate this case, that he be designated an interested party for purposes

22 of receiving special ECF Notice of the events and filings in the matter <u>Kirola v. City and

23 County of San Francisco</u>, Case No. 07-3685 SBA. Currently only his co-counsel Gene Farber

24 is receiving such notices.

25
   Dated: October 23, 2007
26                                         /s/
                                     TIMOTHY S. THIMESCH
27                                   Attorney for CRAIG YATES
28

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Plaintiff Counsel's Request to Be Designated Interested Party Pending Outcome of Related Case Motion: C07-4087 EDL**