DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES M. EMERY, State Bar #153630
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4261
Facsimile:      (415) 554-3837
E-Mail:          jim.emery@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | Case No. C07-4087 EDL |
| Plaintiff, | **SCHEDULING STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive, | Trial Date:            Not set |
| Defendants. | |

By and through their respective counsel, the parties hereby stipulate as follows.

WHEREAS:

When plaintiff commenced this action August 7, 2007, the Court issued a scheduling order requiring the parties to conduct a joint inspection of premises under General Order 56 on or before November 19, 2007.

SCHEDULING STIPULATION AND [PROPOSED] ORDER
CASE NO. C07-4087 EDL           1           n:\lit\li2007\080216\00449337.doc

1  Since that time, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), the Court has reassigned the case, and most recently, on November 8, 2007, the Court ruled on defendants' motion to consider whether this case is related to *Kirola v. City & County of San Francisco*, Case No. C 07-03685 SBA.

In view of the procedural history of this case to date, the parties jointly request a short continuance of the time for conducting the joint inspection of premises under General Order 56.

NOW THEREFORE:

The Parties shall conduct the joint inspection of premises under General Order 56 on or before December 7, 2007.

SO STIPULATED:

Dated: November 14, 2007          By:          /s/
                                  Timothy S. Thimesch

                                  Attorneys for Plaintiff
                                  CRAIG YATES

Dated: November 14, 2007          By:          /s/
                                  JAMES M. EMERY

                                  Attorneys for Defendant
                                  CITY AND COUNTY OF SAN FRANCISCO

Dated: November 14, 2007          By:          /s/
                                  MARTIN H. ORLICK

                                  Attorneys for Defendants
                                  CITY AND COUNTY OF SAN FRANCISCO and SAN
                                  FRANCISCO UPTOWN PARKING CORPORATION

SO ORDERED:

Dated: _____                 _____
                                  HON. JEFFREY S. WHITE
                                  United States District Judge