Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>          Plaintiff,<br><br>v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. C07-4087 JSW<br>Civil Rights<br><br>**PLAINTIFF'S LIMITED REQUEST FOR DISMISSAL AS TO DEFENDANTS EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.** |

Plaintiff is pleased to report that he has entered a complete settlement of his claims against defendants EMPORIO RULLI IL CAFFE UNION SQ.; and EMPORIO RULLI IL CAFFE UNION SQ., INC., including for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs. The settlement has been memorialized in writing.

Therefore, plaintiff requests the limited dismissal with prejudice as to his claims against defendants EMPORIO RULLI IL CAFFE UNION SQ.; and EMPORIO RULLI IL CAFFE

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Limited Request for Dismissal: Case No. C07-4087 JSW

1  UNION SQ., INC., but without prejudice to his claims for relief against all remaining named
2  defendants.

4  Dated: November 19, 2007        THIMESCH LAW OFFICES
                                   TIMOTHY S. THIMESCH, ESQ.
5                                  GENE FARBER, ESQ. – Of Counsel

7                                  /S/ Signature Authorized
                                   Attorneys for Plaintiff
8                                  CRAIG YATES

9  SO ORDERED.

11 Dated: November 19, 2007

                                   HON. JEFFREY S. WHITE
12                                 U.S. DISTRICT COURT JUDGE


Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Limited Request for Dismissal: Case No. C07-4087 JSW        — 2 —
