```
 1  JEFFER, MANGELS, BUTLER & MARMARO LLP
    MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
 2  MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
    Two Embarcadero Center, Fifth Floor
 3  San Francisco, California  94111-3824
    Telephone:     (415) 398-8080
 4  Facsimile:     (415) 398-5584

 5  Attorneys for Defendants CITY AND COUNTY OF SAN
    FRANCISCO and CITY OF SAN FRANCISCO UPTOWN
 6  PARKING CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.   C074087 JSW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)] AND TO STRIKE PLAINTIFF'S UNSUPPORTED AND IMPROPER DAMAGE PRAYERS FROM THE COMPLAINT [FRCP 12(f)]**<br><br>**Accompanying Papers**: Notice of Motion; Memorandum of Points and Authorities; (Proposed) Order<br><br>Date:     January 18, 2008<br>Time:    9:00 a.m.<br>Dept:    Crtrm. 17<br>Judge:   The Hon. Jeffrey S. White<br><br>Complaint filed:     August 9, 2007<br>Trial date:          none set |

　　　　Pursuant to Federal Rule of Evidence 201, Defendants City and County of San Francisco ("CCSF") and City of San Francisco Uptown Parking Corporation ("Uptown") (collectively, "Moving Parties") hereby submit the following Request for Judicial Notice in Support of Motion for the Court to Decline Supplemental Jurisdiction Over and to Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)] and to Strike Plaintiff's Unsupported and Improper Damage

Prayers from the Complaint [FRCP 12(f)]:

1. Moving Parties hereby request the Court take judicial notice of the January 17, 2007, denial of the California Supreme Court of the petition for review of plaintiff/appellant David Gunther of the decision of Gunther v. Lin, 144 Cal.App.4th 223 (4th Dist. 2006). Attached hereto as **Exhibit A** is a true and correct copy of the online register of actions for this petition.

2. Moving Parties hereby request this Court take judicial notice of the decision of the United States District Court for the Southern District of California in Cross v. Pacific Coast Plaza Invest., No. 06CV2543 JM(RBB) (SD Cal. Mar. 6, 2007), a true and correct copy of which is attached hereto as **Exhibit B**.

3. Moving Parties hereby request this Court take judicial notice of the March 22, 2007 decision of the United States District Court for the Eastern District of California in Wilson v. Haria and Gogri Corp., 2007 WL 851744 (ED Cal. 2007), a true and correct copy of which is attached hereto as **Exhibit C**.

4. Moving Parties hereby request this Court take judicial notice of the May 29, 2007 decision of the United States District Court for the Southern District of California in Cross v. Boston Market Corp., 07CV486J(LSP), a true and correct copy of which is attached hereto as **Exhibit D**.

5. Moving Parties hereby request this Court take judicial notice of the November 16, 2007 decision of the United States District Court for the Southern District of California in Oliver v. GMRI, Inc., 07CV1719IEG(WMC), a true and correct copy of which is attached hereto as **Exhibit E**.

DATED: December 12, 2007    JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK
MATTHEW S. KENEFICK

By: /S/ Martin H. Orlick
MARTIN H. ORLICK
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION