1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), MHO@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), MSK@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Defendants CITY AND COUNTY OF SAN
   FRANCISCO and CITY OF SAN FRANCISCO UPTOWN
6  PARKING CORPORATION

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11  CRAIG YATES,                          CASE NO.    C074087 JSW

12              Plaintiff,                **AMENDED NOTICE OF MOTION;
                                          MOTION FOR THE COURT TO DECLINE
13          v.                            SUPPLEMENTAL JURISDICTION OVER
                                          AND TO DISMISS PLAINTIFF'S STATE
14  UNION SQUARE; CITY AND COUNTY OF      LAW CLAIMS [28 U.S.C. § 1367(c)] AND TO
    SAN FRANCISCO, CITY OF SAN            STRIKE PLAINTIFF'S UNSUPPORTED
15  FRANCISCO UPTOWN PARKING             AND IMPROPER DAMAGE PRAYERS
    CORPORATION; EMPORIO RULLI IL        FROM THE COMPLAINT [FRCP 12(f)]**
16  CAFFE UNION SQ.; EMPORIO RULLI IL
    CAFFE UNION SQ., INC.; and DOES 1     **Accompanying Papers**:  Memorandum of Points
17  through 50, Inclusive,                and Authorities; Request for Judicial Notice;
                                          (Proposed) Order
18              Defendants.
                                          Date:       February 8, 2008
19                                        Time:       9:00 a.m.
                                          Dept:       Crtrm. 17
20                                        Judge:      The Hon. Jeffrey S. White

21                                        Complaint filed:    August 9, 2007
                                          Trial date:         none set
22

23

24  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25          **PLEASE TAKE NOTICE:** that on February 8, 2008, at 9:00 a.m., before the

26  Honorable Jeffrey S. White in Court Room 17 of the above-referenced court located at 450 Golden

27  Gate Ave., 16th Floor, San Francisco, California, Defendants City and County of San Francisco

28  ("CCSF") and City of San Francisco Uptown Parking Corporation ("Uptown") (collectively,

1  "Moving Parties") will, and hereby do, make a motion to this Court for the Court to Decline

2  Supplemental Jurisdiction Over and to Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)]

3  and to Strike Plaintiff's Unsupported and Improper Damage Prayers from the Complaint [FRCP

4  12(f)] (the "Motion").

5          By this Motion, Moving Parties request the Court, because of irreconcilable

6  interpretations between the California state and federal courts of the requirements for entitlement to

7  statutory damages under the California Unruh Civil Rights Act, decline to extend supplemental

8  jurisdiction over Plaintiff's state law claims and dismiss the same.  28 U.S.C. § 1367(c).

9          Pursuant to Federal Rule of Civil Procedure, 12(f), Moving Parties also request the

10 Court strike out the following portions of the Complaint as un-supported and improper damage

11 prayers:

12 **Requests For Damages Under Title II Of The ADA:**

13 As a result of such discrimination, in violation of section 202 of the
   ADA, plaintiff is entitled to the remedies, procedures and rights set
14 forth in section 505 of the Rehabilitation Act of 1973 (29 U.S.C.
   §794a), as provided by section 203 of the ADA, including injunctive
15 relief and damages for violation of his civil rights, as previously
   plead.
16
   Complaint ¶ 24 p.11 line 27 through p.12 line 4.
17
   Plaintiff requests appropriate damages for each of his complained
18 experiences for the two year period preceding the filing of this
   complaint, as well as litigation expenses and costs, and reasonable
19 attorneys' fees as provided by law.

20 Complaint ¶ 26, p.12 lines 10-14.

21 Award damages against the government entity defendants pursuant to
   Title II of the Americans with Disabilities Act.
22
   Complaint, Prayer for Relief, p.39 lines 15-17.
23
   **Requests For Damages Under Section 504 Of The Rehabilitation Act:**
24
   Plaintiff seeks damages for the ongoing and continuous denial of his
25 Civil Rights from the date of his initial attempts to use the square, or
   the dates he was deterred (preceding back to two years before the
26 filing of the original complaint) to the time of trial or remediation, and
   for physical, mental and emotional injury, all to his damages
27 according to proof.

28 Complaint ¶ 32, p.14 lines 21-27

JMBM | Jeffer Mangels
       Butler & Marmaro LLP

1    Award damages against all defendants pursuant to section 504 of the
     Rehabilitation Act.
2
     Complaint, Prayer for Relief, p.39 lines 13-14.
3
**Requests For Attorneys' Fees And Litigation Costs Under California Code Of**
4    **Civil Procedure Section 1021.5:**

5        …justifying "public interest" attorneys' fees pursuant to the provisions
         of California Code of Civil Procedure Section 1021.5.
6
         Complaint ¶ 47, p.22 lines 9-10.
7
         Plaintiff further request that the court award statutory attorneys' fees,
8        litigation expenses and costs to plaintiff pursuant to section 19953
         Health & Safety Code, Civil Code section 55, and Code of Civil
9        Procedure section 1021.5, all hereinafter prayed for.

10       Complaint ¶ 61, p.27 lines 1-5.

11       …justifying "public interest" attorneys' fees pursuant to the provisions
         of California Code of Civil Procedure Section 1021.5.
12
         Complaint ¶ 76, p.32 lines 26-28.
13
         …plaintiff seeks attorneys' fees pursuant to section 1021.5 California
14       Code of Civil Procedure…

15       Complaint ¶ 80, p.34 lines 6-7.

16       …justifying "public interest" attorneys' fees pursuant to the provisions
         of California Code of Civil Procedure Section 1021.5.
17
18       Complaint ¶ 84, p.35 lines 15-17.

         …plaintiff seeks attorneys' fees pursuant to section 1021.5 California
19       Code of Civil Procedure…

20       Complaint ¶ 89, p.36 lines 19-20.

21       Award all costs of this proceeding and all reasonable attorneys' fees,
         litigation expenses and costs as provided by law, including but not
22       limited to those recoverable pursuant to the provisions of section 54.3
         and 55 Civil Code, section 1021.5 Code of Civil Procedure…
23
24       Complaint Prayer for Relief, p.39 lines 20-24.

         This Motion is based upon this notice and motion, the accompanying Memorandum
25
of Points and Authorities in Support of Motion for the Court to Decline Supplemental Jurisdiction
26
Over and to Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)] and to Strike Plaintiff's
27
Unsupported and Improper Damage Prayers from the Complaint [FRCP 12(f)] filed and served
28

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

643638v1

**- 3 -**

C074087 JSW
NOTICE OF MOTION; MOTION

1  concurrently herewith, the accompanying Request for Judicial Notice in Support of Motion for the

2  Court to Decline Supplemental Jurisdiction Over and to Dismiss Plaintiff's State Law Claims [28

3  U.S.C. § 1367(c)] and to Strike Plaintiff's Unsupported and Improper Damage Prayers from the

4  Complaint [FRCP 12(f)] filed and served concurrently herewith, as well as the complete files and

5  records of this action and on such other and further evidence, arguments, and authorities as may be

6  submitted prior to and during the hearing on this Motion.

7  DATED:        December 12, 2007        JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          MARTIN H. ORLICK
8                                         MATTHEW S. KENEFICK

9
                                          By: /S/ Martin H. Orlick
10                                              MARTIN H. ORLICK
                                          Attorneys for Defendant CITY AND COUNTY OF
11                                        SAN FRANCISCO AND CITY OF SAN
                                          FRANCISCO UPTOWN PARKING CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JMBM | Jeffer Mangels Butler & Marmaro LLP