UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES

      Plaintiff(s),                          No. C 07-04087 JSW

  v.                                           **CLERK'S NOTICE**

UNION SQUARE

      Defendant(s).

_____/

      YOU ARE HEREBY NOTIFIED that on April 4, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **Initial Case Management Conference previously noticed for** January 4, 2008, in this matter. The *joint* case management conference statement shall be due on or before March 28, 2008. Counsel are advised that this Court requires a joint case management statement. Anything other than a joint statement will not be considered.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: January 2, 2008