1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar # 180240
   Chief of Complex and Special Litigation
3  JAMES M. EMERY, State Bar #153630
   ELAINE M. O'NEIL, State Bar # 142234
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Seventh Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4261
   Facsimile:    (415) 554-3837
7  E-Mail:       jim.emery@sfgov.org

8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CRAIG YATES, | Case No. C07-4087 EDL |
|---|---|
| Plaintiff, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF APPEARANCE OF DEPUTY CITY ATTORNEY ELAINE M. O'NEIL** |
| vs. | |
| UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive, | Trial Date:    Not set |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF APPEARANCE
CASE NO. C07-4087 EDL                   1                   n:\lit\li2007\080216\00463057.doc

1  TO ALL PARTIES AND TO THIS COURT:

2       PLEASE TAKE NOTICE that Deputy City Attorney Elaine M. O'Neil is appearing on behalf
3  of Defendant City and County of San Francisco in this matter in addition to Deputy City Attorney
4  James Emery.

5  DATED: January 30, 2008

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Deputy


                                    /s/
                         By:_____
                              ELAINE M. O'NEIL
                              Deputy City Attorney

                              Attorneys for Defendant City and
                              County of San Francisco
```

NOTICE OF APPEARANCE
CASE NO. C07-4087 EDL

2

n:\lit\li2007\080216\00463057.doc