FILE BY FAX

FILED
08 MAR 10 PM 3:34

1 **Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
2 GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
3 Walnut Creek, CA 94576-3452
Direct: (925) 855-8235
4 Facsimile: (888) 210-8868
tim@thimeschlaw.com
5 genefarber@gmail.com

6 Attorneys for Plaintiff
CRAIG YATES

8 UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES,                        CASE NO. C07-04087 JSW
                                       Civil Rights
11          Plaintiffs,
                                       **PLAINTIFFS' NOTICE OF APPEAL**
12 v.

13 CITY AND COUNTY OF SAN
FRANCISCO; CITY OF SAN
14 FRANCISCO UPTOWN PARKING
CORPORATION; and DOES 1-50,
15 Inclusive,

16          Defendants.
   _____/
17

18 **TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

19          **PLEASE TAKE NOTICE THAT:** Plaintiffs hereby appeals from the final Order

20 Granting Defendants' Motion to Dismiss Plaintiff's State Law Claims and Striking

21 Related State Law Claims.

22

23 Dated: March 10, 2008            THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH
24

25                                  /s/ Tim Thimesch

26                                  Attorneys for Plaintiff
                                    CRAIG YATES
27

28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiffs' First Amended Notice of Appeal:
Case No. C07-04087 JSW



*Certificate or Proof of Service by Mail, Fax or Personal Delivery*

State of California  } ss.
County of Contra Costa  }

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of Contra Costa, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is Thimesch Law Offices, 158 Hilltop Crescent, Walnut Creek, California; that on the below date, following normal business practice, I caused to be served the foregoing document(s) described as:

**PLAINTIFFS' NOTICE OF APPEAL**
Yates v. City and County of San Francisco, et al. (Case No. C07-04087 JSW)

on the interested parties in this action, by taking a true copy thereof and conveying as follows:

**AS INDICATED:**

☑   **See Attached Service List.**

☐   **Personal Delivery:** By personally delivering, or causing to be hand delivered through a fax-filing or messenger agency, true and exact copies of these documents to the above entitled place of business (or as indicated on the attached service list) with directions to deliver them immediately to _____See Above_____ attorneys for the __Defendants.__

☑   **Email:** By sending a copy of this document in Portable Document Format to defense counsel at their regular e-mail address, and with electronic requests for Delivery and Read Receipts.
(☐Without Exhibits, which are to follow by mail; ☐With Exhibits; ☑ N/A)

☐   **Facsimile:** By facsimile transmission, from our regular facsimile machine at (925) 855-8435, at approximately _____, or soon thereafter, addressed to the following facsimile machine (☐ Without exhibits, which are to follow by mail; ☐ With exhibits; ☐ N/A):
Name of Person Served: _____See Above_____
Facsimile Telephone No: _____See Above_____
A facsimile machine report was printed immediately thereafter, which verified that the transmission was complete and without error.

☑   **U.S. Mail and/or Overnight:** By depositing true copies thereof, enclosed in a sealed envelope(s) with postage thereon fully prepaid, marked with the above address(es), and placed in:
☑   in First Class United States Mail
☐   in ☐ priority, or ☐ standard, overnight mail via Federal Express,
I am readily familiar with our office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at Danville, and designated overnight packages will be timely scheduled for pickup or placed in Federal Express drop boxes or left at drop centers.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury pursuant to the laws of the United States and the state of California. Executed this **March 10, 2008**, in Walnut Creek, California.

By: _____/s/ Tim Thimesch_____
(Original signed)

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiffs' First Amended Notice of Appeal:
Case No. C07-04087 JSW

- 2 -

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | MARTIN H. ORLICK, ESQ.<br>JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 3 | Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: 415/398-8080<br>Facsimile: 415/398-5584 |
| 5 | mho@jmbm.com |
| 6 | JAMES M. EMERY, ESQ.<br>ELAINE M. O'NEIL, ESQ. |
| 7 | OFFICE OF THE CITY ATTORNEY<br>Fox Plaza |
| 8 | 1390 Market Street, Sixth Floor<br>San Francisco, CA 94102-5408 |
| 9 | Telephone: (415) 554-4261<br>Facsimile: (415) 554-3837 |
| 10 | jim.emery@sfgov.org<br>Elaine.O'Neil@sfgov.org |

Thiemeck Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Plaintiffs' First Amended Notice of Appeal:
Case No. C07-04087 JSW

- 3 -