UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

9March 11, 2008

**CASE INFORMATION:**
Short Case Title:  <u>CRAIG YATES</u>-v- <u>UNION SQUARE</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern, Civil, Judge Jeffrey S. White
Criminal and/or Civil Case No.:  <u>CV 07-04087 JSW </u>
Date Complaint/Indictment/Petition Filed: 8/9/07
Date Appealed order/judgment *entered* 2/7/08
Date NOA *filed*  3/10/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: None

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:   3/10/08              Date Docket Fee Billed:
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes ☒ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☒ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                           Appellee Counsel:

          See Docket Sheet


☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Hilary D. Jackson</u>