THIMESCH LAW OFFICES
Timothy S. Thimesch, Esq.  [148213]
Gene A. Farber, Esq. 44215
185 Hillcrest Drive
Walnut Creek, CA 94597-3452
Telephone: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
CRAIG YATES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES, <br><br> Plaintiff, <br><br> vs. <br><br> UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO; CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. C 07 4087 JSW <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Trial Date:   None Set <br> Complaint Filed:   August 9, 2007 |

TO THE COURT AND ALL PARTIES:

The parties, Plaintiff, Craig Yates, and Defendants, City and County Of San Francisco and City Of San Francisco Uptown Parking Corporation ("Defendants"), collectively, the "Parties", by and through their undersigned counsel, hereby stipulate to a continuance of the Case Management Conference currently scheduled for April 4, 2008, for 30 days.

   A. **Recitals.** On August 9, 2007, Plaintiff filed his complaint in this lawsuit (the "Complaint") against Defendants for Injunctive & Declaratory Relief and Damages.

   B. On November 19, 2007, Plaintiff filed a Request for Dismissal of

Defendants Emporio Rulli Il Caffe Union Sq.and Emporio Rulli Il Caffe Union Sq., Inc. which was granted on November 19, 2007.

   C. On December 6, 2007, the Parties met and conferred at the subject property.

   D. On December 12, 2007, Defendants re-filed their Motion for the Court to Decline Supplemental Jurisdiction Over and to Dismiss Plaintiff's State Law Claims [28 U.S.C. Section 1367 (c) and to Strike Plaintiff's Unsupported and Improper Damage Prayers from the Complaint [FRCP 12 (f)] ("Motion") which was originally filed on September 28, 2007, before Judge Elizabeth D. Laporte, and transferred to this Court for hearing on the Motion set for February 8, 2008.

   E. On or about January 28, 2008 all counsel met pursuant to General Order 56.

   F. On February 4, 2008 the parties met at the Union Square site and plaintiff examined multiple copies of blueprints of Union Square and underground garage

   G. On February 7, 2008 the Court filed its order on the Motion. The Court found that the matter was appropriate for disposition without oral argument and granted the moving defendants' Motion to decline supplemental jurisdiction over the state law claims and denied in part and granted in part the moving defendants' motion to strike.

   H. On or about March 10, 2008 the plaintiff filed his notice of appeal of this Court's order granting the defendants' Motion to dismiss plaintiff's state law claims and striking related state law claims. Defendants question whether this appeal is properly filed.

   I. On or about March 11, 2008 the plaintiff filed a complaint on his state law claims in San Francisco Superior court as case # CGC –08-473176. Defendants question whether this new lawsuit was properly filed in light of plaintiff's above-referenced appeal.

   J. Plaintiff is still inspecting the site and the parties have not

completed the process set forth in General Order Rule 56.

   K. Martin Orlick, Esq., counsel for defendants, will be out of the area and unavailable on May 15 through May 26, 2008, inclusive, and Defendants request that the Court schedule the Continued Case Management Conference on a date outside this date range.

 In light of the foregoing recitals, the Parties request the Court continue the Case Management Conference for thirty (30) days for a date other than May 15 through May 26, 2008.

DATED: March   , 2008    THIMESCH LAW OFFICES
              TIMOTHY S. THIMESCH
              GENE A. FARBER

              By: /s/ Signature Authorized
              Attorneys for Plaintiff CRAIG YATES

DATED: March   , 2008    JEFFER, MANGELS, BUTLER & MARMARO LLP
              MARTIN H. ORLICK
              MATTHEW S. KENEFICK

              By: /s/ Signature Authorized
              Attorneys for Defendants CITY AND COUNTY OF
              SAN FRANCISCO and CITY OF SAN FRANCISCO
              UPTOWN PARKING CORPORATION

DATED: March   , 2008    OFFICE OF THE CITY ATTORNEY
              ELAINE O'NEIL
              JAMES MOXON EMERY

              By: /s/ Signature Authorized
              Attorneys for Defendant CITY AND COUNTY OF
              SAN FRANCISCO

## ORDER.

The parties having so stipulated, and good cause appearing therefore,

////

1      IT IS SO ORDERED that the Case Management Conference currently scheduled
2  for April 4, 2008, be continued for thirty (30) days to <u>May 30, 2</u>008 at 1:30 p.m.
3
4  DATED: March 27, 2008
5                               */s/ Jeffrey S. White*
                             UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW

4