AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

City and County of San Francisco and City of San Francisco Uptown Parking Corporation
          Third-Party Plaintiffs
          v.
San Francisco Parking, Inc., d/b/a City Park, a California Corporation,; and San Francisco Valet Parking, an entity of unknown form,
          Third-Party Defendants

)
)
)
)
)
)

Civil Action No. C074087 JSW

**THIRD-PARTY COMPLAINT**
**Summons in a Civil Action**

To: *(Defendant's name and address)*
    San Francisco Parking, Inc., d/b/a City Park
    325 Fifth Street
    San Francisco, CA  94107

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Martin H. Orlick, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA  94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              Richard W. Wieking
                                              Name of clerk of court

Date: 5-7-08                           BRENDA TOLBERT
                                                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

MARTIN H. ORLICK (SBN 83935)
JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Attorney for: Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : CRAIG YATES

Defendant : UNION SQUARE, et al

Ref#: 235784     *     **PROOF OF SERVICE**     Case No.: C074087 JSW

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

THIRD-PARTY COMPLAINT SUMMONS IN A CIVIL ACTION; THIRD-PARTY COMPLAINT OF CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION AGAINST SAN FRANCISCO PARKING, INC., D/B/A CITY PARK FOR BREACH OF WRITTEN CONTRACT AND AGAINST SF VALET PARKING FOR IMPLIED INDEMNITY; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person named below, as follows:

> Party served    : SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California Corporation
>
> By serving      : Doris Baldwin, Authorized Agent
>
> Address         : (Business)
>                   325 5th Street
>                   San Francisco, CA 94107
>
> Date of Service: May 8, 2008
>
> Time of Service: 11:27 AM

Person who served papers:
IAN K. YORK
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $20.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1031
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 8, 2008                          Signature _____