TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:       (925) 588-0401
Facsimile:       (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:       (415) 956-1800
Facsimile:       (415 ) 282-4228
Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:       (415) 398-8080
Facsimile:       (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:       (415) 554-4261
Facsimile:       (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES<br><br>            Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>            Defendants.<br>_____<br>AND RELATED THIRD PARTY ACTION.       / | Case No. C 07 4087 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Conference:       May 30, 2008<br>Trial Date:        None Set<br>Complaint Filed: August 9, 2007 |

**TO THE COURT:**

The parties hereby request a continuance of the Case Management Conference currently scheduled for May 30, 2008 for approximately 60 days. The requested time will

1  permit the recently served cross-defendants SAN FRANCISCO PARKING, INC., d/b/a CITY
2  PARK, a California corporation; and SAN FRANCISCO VALET PARKING to appear and
3  participate, and will permit plaintiff the time needed to perform due diligence and evaluate possible
4  amendment to join such defendants to the Complaint.

5  Plaintiff's counsel also wishes to advise that continuance will accommodate a Motion
6  to Relate that his client Richard Skaff intends to file in the newly instituted action Skaff v.
7  Union Square, Case No. 3:08-cv-2555 MMC.  The Skaff action was filed on May 22, 2008.
8  Plaintiff's counsel represents that the motion or stipulation to relate will be filed in Judge
9  White's court soon after service of process.

**SO STIPULATED.**

DATED:  May 22, 2008          THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH
                              GENE A. FARBER


                              By: /s/ Signature Authorized
                                  Attorneys for Plaintiff CRAIG YATES


DATED: May 22, 2008           JEFFER, MANGELS, BUTLER & MARMARO LLP
                              MARTIN H. ORLICK
                              MATTHEW S. KENEFICK


                              By: /s/ Signature Authorized
                                  Attorneys for Defendants CITY AND COUNTY OF
                                  SAN FRANCISCO and CITY OF SAN FRANCISCO
                                  UPTOWN PARKING CORPORATION

DATED: May 22, 2008           OFFICE OF THE CITY ATTORNEY
                              ELAINE O'NEIL
                              JOANNE HOEPER
                              JAMES MOXON EMERY


                              By: /s/ Signature Authorized
                                  Attorneys for Defendant CITY AND COUNTY OF
                                  SAN FRANCISCO

**[Proposed Order Next Page]**

////

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW                                                                               2

1 | **ORDER**

2 | The parties having so stipulated, and good cause appearing therefore,

3 | IT IS SO ORDERED that the Case Management Conference currently scheduled for

4 | Friday, May 30, 2008 be continued for sixty (60) days and until Friday, Aug. 1, 2008 \_\_\_\_

5 |

6 |

7 | _____ .

8 |

9 | DATED: _____

10 |               HON. JEFFREY S. WHITE
              Judge of U.S. District Court

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW

3