UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNION SQUARE, et al.,<br><br>    Defendants. | CASE NO.   C07-4087 JSW<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT SAN FRANCISCO PARKING, INC., D/B/A CITY PARK TO FILE RESPONSE TO THIRD-PARTY COMPLAINT**<br><br>**LOCAL RULE 6-1(a)** |
| CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California corporation; and SAN FRANCISCO VALET PARKING, an entity of unknown form,<br><br>    Third-Party Defendants. | Complaint filed:    August 9, 2007<br>Third Party Cp. filed:  May 6, 2008<br>Trial date:    none set |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the City and County of San Francisco and City of San Francisco Uptown Parking Corporation (collectively, "**Third-Party Plaintiffs**") and San Francisco Parking Corporation d/b/a/ City Park ("**Third-Party Defendant**") that Third-Party Defendant, and no others, be allowed an extension of time to file its response to the Third-Party Complaint for Breach of Written Contract and Implied Equitable Indemnity of Third-Party Plaintiffs on file herein (the "**Third-Party Complaint**"). As a result of this grant of extension, Third-Party Defendant's response to the Third-Party Complaint will become due on or before June 10, 2008.

DATED: May 23, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP


By: /s/ Martin H. Orlick
MARTIN H. ORLICK
Attorneys for Defendants and Third-Party Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, A Non-Profit Public Benefit Corporation

DATED: May 23, 2008

OFFICE OF THE CITY ATTORNEY


By: /s/ James Emery
JAMES EMERY, ESQ.
Attorneys for Defendant and Third-Party Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DATED: May 23, 2008

K&L GATES LLP


By: _____
RACHEL R. DAVIDSON
Attorneys for Third-Party Defendant SAN FRANCISCO PARKING CORPORATION d/b/a CITY PARK