TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:      (925) 588-0401
Facsimile:      (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:      (415) 956-1800
Facsimile:      (415 ) 282-4228
Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:      (415) 554-4261
Facsimile:      (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>　　　　　Defendants.<br>_____<br>AND RELATED THIRD PARTY ACTION.　　/ | Case No. C 07 4087 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Conference:　　May 30, 2008<br>Trial Date:　　None Set<br>Complaint Filed:　　August 9, 2007 |

**TO THE COURT:**

The parties hereby request a continuance of the Case Management Conference currently scheduled for May 30, 2008 for approximately 60 days. The requested time will

1  permit the recently served cross-defendants SAN FRANCISCO PARKING, INC., d/b/a CITY
2  PARK, a California corporation; and SAN FRANCISCO VALET PARKING to appear and
3  participate, and will permit plaintiff the time needed to perform due diligence and evaluate possible
4  amendment to join such defendants to the Complaint.

5      Plaintiff's counsel also wishes to advise that continuance will accommodate a Motion
6  to Relate that his client Richard Skaff intends to file in the newly instituted action <u>Skaff v.</u>
7  <u>Union Square</u>, Case No. 3:08-cv-2555 MMC.  The <u>Skaff</u> action was filed on May 22, 2008.
8  Plaintiff's counsel represents that the motion or stipulation to relate will be filed in Judge
9  White's court soon after service of process.

10
11  **SO STIPULATED.**

12  DATED:  May 22, 2008      THIMESCH LAW OFFICES
                                           TIMOTHY S. THIMESCH
13                                             GENE A. FARBER

14
                                           By: <u>/s/ Signature Authorized</u>
15                                              Attorneys for Plaintiff CRAIG YATES

16

17  DATED: May 22, 2008      JEFFER, MANGELS, BUTLER & MARMARO LLP
                                           MARTIN H. ORLICK
18                                             MATTHEW S. KENEFICK

19
                                           By: <u>/s/ Signature Authorized</u>
20                                             Attorneys for Defendants CITY AND COUNTY OF
                                           SAN FRANCISCO and CITY OF SAN FRANCISCO
21                                             UPTOWN PARKING CORPORATION

22  DATED: May 22, 2008      OFFICE OF THE CITY ATTORNEY
                                           ELAINE O'NEIL
23                                             JOANNE HOEPER
                                           JAMES MOXON EMERY
24

25                                             By: <u>/s/ Signature Authorized</u>
                                           Attorneys for Defendant CITY AND COUNTY OF
26                                             SAN FRANCISCO

27  **[Proposed Order Next Page]**

28  ////

**ORDER**

The parties having so stipulated, and good cause appearing therefore,

IT IS SO ORDERED that the Case Management Conference currently scheduled for Friday, May 30, 2008 be continued for sixty (60) days and until Friday, ~~Aug. 1, 2008~~ August 8, 2008 at 1:30 p.m.

DATED: May 23, 2008

HON. JEFFREY S. WHITE
Judge of U.S. District Court