UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>v.<br><br>UNION SQUARE, et al.,<br><br>    Defendants. | CASE NO.    C07-4087 JSW<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT SAN FRANCISCO PARKING, INC., D/B/A CITY PARK TO FILE RESPONSE TO THIRD-PARTY COMPLAINT**<br><br>**LOCAL RULE 6-1(a)** |
| CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California corporation; and SAN FRANCISCO VALET PARKING, an entity of unknown form,<br><br>    Third-Party Defendants. | Complaint filed:    August 9, 2007<br>Third Party Cp. filed:    May 6, 2008<br>Trial date:    none set |

        IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the City and County of San Francisco and City of San Francisco Uptown Parking Corporation (collectively, "**Third-Party Plaintiffs**") and San Francisco Parking Corporation d/b/a City Park ("**Third-Party Defendant**") that Third-Party Defendant, and no others, be allowed an extension of time to file its answer to the Third-Party Complaint for Breach of Written Contract and Implied Equitable Indemnity of Third-Party Plaintiffs on file herein (the "**Third-Party Complaint**"). As a result of this grant of extension, Third-Party Defendant's answer to the Third-Party Complaint will become due on or before July 8, 2008.

1  DATED: June 23, 2008            JEFFER, MANGELS, BUTLER & MARMARO LLP

2

3                                  By:  /s/ Martin H. Orlick
                                        MARTIN H. ORLICK
4                                  Attorneys for Defendants and Third-Party Plaintiffs
                                   CITY AND COUNTY OF SAN FRANCISCO, CITY
5                                  OF SAN FRANCISCO UPTOWN PARKING
                                   CORPORATION, A Non-Profit Public Benefit
6                                  Corporation

7
   DATED: June 23, 2008            OFFICE OF THE CITY ATTORNEY
8

9

                                   By:  /s/ James Emery
10                                      JAMES EMERY, ESQ.
                                   Attorneys for Defendant and Third-Party Plaintiff
11                                 CITY AND COUNTY OF SAN FRANCISCO

12
   DATED: June 23, 2008            K&L GATES LLP
13

14
                                   By: [signature: Rachel Davidson]
15                                      RACHEL R. DAVIDSON
                                   Attorneys for Third-Party Defendant SAN
16                                 FRANCISCO PARKING CORPORATION d/b/a
                                   CITY PARK

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

734755v3

- 2 -   C07-4087 JSW
        STIPULATION FOR THIRD-PARTY
        DEFENDANTS TO FILE ANSWER