Patrick M. Ryan (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:  415-591-1000
Facsimile:  415-591-1400
pryan@winston.com

Attorneys for Third-Party Defendant
SAN FRANCISCO PARKING, INC.,
d/b/a CITY PARK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES,<br><br>           Plaintiff,<br>      v.<br><br>UNION SQUARE;<br><br>           Defendants.<br>_____<br>CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION,<br><br>           Third-Party Plaintiffs,<br>      v.<br><br>SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California corporation; and SAN FRANCISCO VALET PARKING, an entity of unknown form,<br><br>           Third-Party Defendants.<br>_____ | **Case No. C 07-04087 JSW**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

**PLEASE TAKE NOTICE** that the following attorney is appearing in this action in the above-captioned matter for Third-Party Defendant San Francisco Parking, Inc. ("City Park"): Patrick M. Ryan, pryan@winston.com (CA Bar No. 203215).  Mr. Ryan is with the law firm of Winston & Strawn LLP ("Winston") and his office is located at 101 California Street, San Francisco, CA  94111-5894, telephone: 415-591-1000, facsimile: 415-591-1400.

Dated:  June 25, 2008                                                                    Respectfully submitted,

WINSTON & STRAWN LLP

By     */s/ Patrick M. Ryan*
PATRICK M. RYAN
Attorneys for Third-Party Defendant
SAN FRANCISCO PARKING INC., DBA CITY PARK

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

SF:209774.1