1  Patrick M. Ryan (CA Bar No. 203215)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:    415-591-1000
   Facsimile:     415-591-1400
4  pryan@winston.com

5  Attorneys for Third-Party Defendant
   SAN FRANCISCO PARKING, INC.,
6  d/b/a CITY PARK

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | CRAIG YATES, | ) | **Case No. C 07-04087 JSW** |
12 |              | ) | **SAN FRANCISCO PARKING, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (PURSUANT TO CIVIL L.R. 3-16)** |
   |      Plaintiff, | ) |
13 |      v. | ) |
14 | UNION SQUARE; | ) |
15 |              | ) |
   |      Defendants. | ) |
16 |              | ) |
17 |              | ) |
18 |              | ) |
19 | CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, | ) |
20 |              | ) |
21 |      Third-Party Plaintiffs, | ) |
   |      v. | ) |
22 |              | ) |
23 | SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California corporation; and SAN FRANCISCO VALET PARKING, an entity of unknown form, | ) |
24 |              | ) |
25 |      Third-Party Defendants. | ) |
26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, no such interest is known.

Dated: June 25, 2008                                                                 Respectfully submitted,

WINSTON & STRAWN LLP

By    */s/ Patrick M. Ryan*
             PATRICK M. RYAN
       Attorneys for Third-Party Defendant
       SAN FRANCISCO PARKING INC., DBA CITY PARK

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

-1-
SAN FRANCISCO PARKING, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
(CASE NO. C 07-04087 JSW)
SF:209765.1