1  Patrick M. Ryan (CA Bar No. 203215)
   WINSTON & STRAWN LLP
2  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
3  Telephone:    415-591-1000
   Facsimile:    415-591-1400
4  pryan@winston.com

5  Attorneys for Third-Party Defendant
   SAN FRANCISCO PARKING, INC.,
6  d/b/a CITY PARK

7

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  CRAIG YATES,                       )   **Case No. C 07-04087 JSW**
                                       )
12                                     )   *ERRATUM* **TO ANSWER AND**
                    Plaintiff,         )   **AMENDED ANSWER**
13        v.                           )
                                       )
14  UNION SQUARE;                      )
                                       )
15                                     )
                    Defendants.        )
16                                     )
                                       )
17                                     )
                                       )
18                                     )

19  CITY AND COUNTY OF SAN FRANCISCO   )
    AND CITY OF SAN FRANCISCO UPTOWN   )
20  PARKING CORPORATION,               )
                                       )
21          Third-Party Plaintiffs,    )
          v.                           )
22                                     )
    SAN FRANCISCO PARKING, INC., d/b/a )
23  CITY PARK, a California corporation; and )
    SAN FRANCISCO VALET PARKING, an    )
24  entity of unknown form,            )
                                       )
25          Third-Party Defendants.    )
                                       )
26                                     )

27

28

---

*ERRATUM* TO ANSWER AND AMENDED ANSWER
(CASE NO. C 07-04087 JSW)

SF:211060.1

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

**PLEASE TAKE NOTICE** that the lease between Uptown and CCSF ("Lease") attached to San Francisco Parking, Inc.'s Answer and Amended Answer to City and County of San Francisco and San Francisco Uptown Parking Corp.'s Third-Party Complaint for Breach of Written Contract as Exhibit 1 contained markings not present in the original document as executed by the parties. Accordingly, by this *erratum*, Exhibit 1 to the Answer (DE 62) and Amended Answer (DE 65) is hereby replaced with Exhibit 1 to this *Erratum*.

Dated: July 14, 2008

Respectfully submitted,

WINSTON & STRAWN LLP

By  */s/ Patrick M. Ryan*
PATRICK M. RYAN
Attorneys for Third-Party Defendant
SAN FRANCISCO PARKING INC., DBA CITY PARK