1  Michael J. Bettinger, (State Bar No. 122196)
   Rachel R. Davidson, (State Bar No. 215517)
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:   (415) 882-8220

5  Patrick M. Ryan (State Bar No. 203215)
   WINSTON & STRAWN LLP
6  101 California Street
   San Francisco, CA  94111-5894
7  Telephone:    415-591-1000
   Facsimile:    415-591-1400
8
   Attorneys for Third-Party Defendant
9  SAN FRANCISCO PARKING INC,
   DBA CITY PARK
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>                        Plaintiff,<br><br>     v.<br><br>UNION SQUARE; CITY AND COUNTY OF SAN FRANCISCO, CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION; EMPORIO RULLI IL CAFFE UNION SQ.; EMPORIO RULLI IL CAFFE UNION SQ., INC.; and DOES 1 through 50, Inclusive,<br><br>                        Defendants.<br><br>CITY AND COUNTY OF SAN FRANCISCO AND CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION,<br><br>                 Third-Party Plaintiffs,<br><br>          v.<br><br>SAN FRANCISCO PARKING, INC., d/b/a CITY PARK, a California corporation ; and SAN FRANCISCO VALET PARKING, an entity of unknown form,<br><br>                 Third-Party Defendants. | Case No.  C-07-04087 JSW<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR SAN FRANCISCO PARKING, INC., d/b/a CITY PARK** |

NOTICE OF APPEARANCE                                         1                                    Printed on Recycled Paper
Case No. C 07-04087 JSW

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Michael Bettinger and Rachel Davidson hereby enter their notice of appearance as counsel of record for Third-Party Defendant San Francisco Parking Inc., dba City Park.  Copies of all pleadings, papers and notices should be served as follows:

**Rachel R. Davidson**

K&L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email:  Rachel.davidson@klgates.com

**Patrick M. Ryan**

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
pryan@winston.com

DATED:  July 15, 2008                               KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP


By_____/s/_____
    Rachel R. Davidson
    Michael J. Bettinger
    Attorneys for Third-Party Defendant
    SAN FRANCISCO PARKING INC. DBA CITY PARK

---

NOTICE OF APPEARANCE                    2                    Printed on Recycled Paper
Case No. C 07-04087 JSW