TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:        (925) 588-0401
Facsimile:         (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:        (415) 956-1800
Facsimile:         (415 ) 282-4228
Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:        (415) 398-8080
Facsimile:         (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:        (415) 554-4261
Facsimile:         (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES<br><br>           Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>           Defendants.<br><br>AND RELATED THIRD PARTY ACTION.    / | Case No. C 07 4087 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**<br><br>Conference:       August 8, 2008<br>Trial Date:         None Set<br>Complaint Filed: August 9, 2007 |

**TO THE COURT:**

The parties hereby request a further continuance of the Case Management Conference

1  currently scheduled for August 8, 2008 for approximately 30 days.  This proposed continuance
2  is at plaintiff counsel's request, and agreed to by defendants as a courtesy to accommodate a
3  conflict caused by a personal and confidential matter, and well as two appellate briefs due this
4  week.  The parties will continue in their efforts to find a mutually agreeable means to have this
5  matter resolved by referral to an early settlement conference.

**SO STIPULATED.**

DATED:  August 1, 2008        THIMESCH LAW OFFICES
                              TIMOTHY S. THIMESCH
                              GENE A. FARBER

                              By: /s/ Signature Authorized
                               Attorneys for Plaintiff CRAIG YATES

DATED: August 1, 2008         JEFFER, MANGELS, BUTLER & MARMARO LLP
                              MARTIN H. ORLICK
                              MATTHEW S. KENEFICK

                              By: /s/ Signature Authorized
                              Attorneys for Defendants CITY AND COUNTY OF
                              SAN FRANCISCO and CITY OF SAN FRANCISCO
                               UPTOWN PARKING CORPORATION

DATED: August 1, 2008         OFFICE OF THE CITY ATTORNEY
                              ELAINE O'NEIL
                              JOANNE HOEPER
                              JAMES MOXON EMERY

                              By: /s/ Signature Authorized
                              Attorneys for Defendant CITY AND COUNTY OF
                              SAN FRANCISCO

DATED: August 1, 2008         PATRICK M. RYAN, ESQ.
                              WINSTON & STRAWN LLP

                              By: /s/ Signature Authorized
                              Attorneys for for Third-Party Defendant SAN FRANCISCO
                              PARKING, INC. d/b/a CITY PARK

**[Proposed Order Next Page]**

////

---

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW                                                                        2

1 **ORDER**

2 The parties having so stipulated, and good cause appearing therefore,

3 IT IS SO ORDERED that the Case Management Conference currently scheduled for

4 Friday, August 8, 2008 be continued to Friday, Sept. 5, 2008 _____

5 _____

6 _____

7 _____.

10 DATED: _____

HON. JEFFREY S. WHITE
11 Judge of U.S. District Court

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW
3