TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:      (925) 588-0401
Facsimile:       (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:      (415) 956-1800
Facsimile:       (415) 282-4228
Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:      (415) 398-8080
Facsimile:       (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:      (415) 554-4261
Facsimile:       (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES | Case No. C 07 4087 JSW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER** |
| vs. | |
| UNION SQUARE, et al. | Conference:       August 8, 2008 |
| Defendants. | Trial Date:         None Set |
| | Complaint Filed:  August 9, 2007 |
| AND RELATED THIRD PARTY ACTION.   / | |

**TO THE COURT:**

The parties hereby request a further continuance of the Case Management Conference

---
Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW

1

currently scheduled for August 8, 2008 for approximately 30 days. This proposed continuance is at plaintiff counsel's request, and agreed to by defendants as a courtesy to accommodate a conflict caused by a personal and confidential matter, and well as two appellate briefs due this week. The parties will continue in their efforts to find a mutually agreeable means to have this matter resolved by referral to an early settlement conference.

**SO STIPULATED.**

DATED: August 1, 2008    THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH
GENE A. FARBER

By: /s/ Signature Authorized
Attorneys for Plaintiff CRAIG YATES

DATED: August 1, 2008    JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK
MATTHEW S. KENEFICK

By: /s/ Signature Authorized
Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION

DATED: August 1, 2008    OFFICE OF THE CITY ATTORNEY
ELAINE O'NEIL
JOANNE HOEPER
JAMES MOXON EMERY

By: /s/ Signature Authorized
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

DATED: August 1, 2008    PATRICK M. RYAN, ESQ.
WINSTON & STRAWN LLP

By: /s/ Signature Authorized
Attorneys for for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

**[Proposed Order Next Page]**

////

1 **ORDER**

2     The parties having so stipulated, and good cause appearing therefore,

3     IT IS SO ORDERED that the Case Management Conference currently scheduled for

4 Friday, August 8, 2008 be continued to Friday, Sept. 5, 2008 _____

5

6

7 ____.

8

9

10 DATED: August 4, 2008      *Jeffrey S. White*

11     HON. JEFFREY S. WHITE
    Judge of U.S. District Court

Stipulation and [Proposed] Order to Continue Case Management Conference
C 07 4087JSW

3