UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** JEFFREY S. WHITE

**Date**: September 5, 2008

**Case No:** C 07-04087 JSW

**Case Title**: CRAIG YATES v. UNION SQUARE, et al.

**Appearances:**

   For Plaintiff(s): Timothy Thimesch, Gene Farber

   For Defendant(s): James Emery, Martin Orlick, Rachel Davidson

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: Kathy Wyatt

## PROCEEDINGS

1. Initial Case management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Friday, 09/18/09 at 1:30 PM for Further CMC**

## SUMMARY

- Parties shall inform this Court within a week of their decision whether or not to consent to a magistrate judge for all purposes.
- Parties shall file a joint CMC statement one week prior to the next CMC.
- This matter is referred to Magistrate Judge Laporte for settlement to be conducted by 11/06/08.
- This Court set the following dates:
    Factual Discovery Cut-Off:   11/20/09
    Expert Designations:         09/18/09
    Expert Reports:              09/25/09
    Rebuttal Expert Reports:     10/09/09

| | |
|---|---|
| Expert Deposition Cut-Off: | 11/20/09 |
| Motion Hearing Cut-Off: | 12/11/09 at 9:00 AM |
| Pretrial Conference: | 02/01/10 at 2:00 PM |
| Trial: | 02/22/10 at 8:00 AM |

cc: CW for WH; LH