# JMBM | Jeffer Mangels Butler & Marmaro LLP

Martin H. Orlick
Direct: (415) 984-9667
MOrlick@jmbm.com

Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3824
(415) 398-8080   (415) 398-5584 Fax
www.jmbm.com

Ref: 68849-0001

September 12, 2008

**VIA E-FILING**

The Honorable Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Craig Yates v. Union Square, et al.
United States District Court, Case No. CV07-04087 JSW

Dear Judge White:

Based on my discussion with Mr. Farber, the parties respectfully decline the jurisdiction of a magistrate judge for trial purposes.

Very truly yours,

MARTIN H. ORLICK of
Jeffer, Mangels, Butler & Marmaro LLP

MHO:eap
cc: Timothy S. Thimesch, Esq.
     Gene Farber, Esq.