FILED

SEP 11 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>UNION SQUARE; et al.,<br><br>        Defendants - Appellees. | No. 08-15538<br><br>D.C. No. 07-CV-04087-JSW<br>Northern District of California,<br>San Francisco<br><br>ORDER |

    The court has received appellees' status report regarding *Munson v. Del Taco, Inc.*, No. 06-56208. The report indicates that the California Supreme Court has accepted certification from this court and the case is pending in the California Supreme Court as Case Number S162818. Accordingly, this appeal is further stayed until December 4, 2008. At or prior to the expiration of the stay, appellees shall file a status report regarding *Munson v. Del Taco, Inc.*, No. S162818.

                      FOR THE COURT:

                      Molly Dwyer<br>
                      Clerk of Court

                      By: Caroline A. Jacobs<br>
                      Motions Attorney/Deputy Clerk<br>
                      9th Cir. R. 27-7<br>
                      General Orders/Appendix A

cj/MOATT