TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:      (925) 588-0401
Facsimile:      (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:      (415) 956-1800
Facsimile:      (415) 282-4228

Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:      (415) 554-4261
Facsimile:      (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

RACHAEL R. DAVIDSON, ESQ. (No. 215517)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
rachel.davidson@klgates.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES | Case No. C 07 4087 JSW |
| Plaintiff, | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR COMPLETING EARLY SETTLEMENT CONFERENCE** |
| vs. | |
| UNION SQUARE, et al. | |
| Defendants. | |
| AND RELATED THIRD PARTY ACTION. / | |

**THE PARTIES REQUEST** that the Court extend the deadline for completing the Early Settlement Conference to December 15, 2008.

1.  The Court has referred this matter to Hon. Elizabeth D. Laporte to conduct a

1  Settlement Conference, and set a deadline for completion of November 4, 2008.

2      2.    The earliest Magistrate Laporte is available is December 10-12, 2008.

3      3.    Subject to the Court's approval of this proposed order, the parties have secured

4  the December  10  date on Magistrate Laporte's calendar.

6  DATED: September 23, 2008    THIMESCH LAW OFFICES
7      TIMOTHY S. THIMESCH
    GENE A. FARBER

9  By: /s/ Signature Authorized
    Attorneys for Plaintiff CRAIG YATES

11  DATED: September 23, 2008    JEFFER, MANGELS, BUTLER & MARMARO LLP
    MARTIN H. ORLICK
12      MATTHEW S. KENEFICK

14  By: /s/ Signature Authorized
    Attorneys for Defendants CITY AND COUNTY OF
    SAN FRANCISCO and CITY OF SAN FRANCISCO
15      UPTOWN PARKING CORPORATION

16  DATED: September 23, 2008    OFFICE OF THE CITY ATTORNEY
    ELAINE O'NEIL
17      JOANNE HOEPER
    JAMES MOXON EMERY

19  By: /s/ Signature Authorized
    Attorneys for Defendant CITY AND COUNTY OF
20      SAN FRANCISCO

21  DATED: September 23, 2008    PATRICK M. RYAN, ESQ.
    WINSTON & STRAWN LLP

23  RACHAEL R. DAVIDSON, ESQ.
    K&L GATES LLP

25  By: /s/ Signature Authorized
    Attorneys for for Third-Party Defendant SAN FRANCISCO
26      PARKING, INC. d/b/a CITY PARK

27  **[Proposed Order Next Page]**

28  ////

Joint Stipulation and Proposed Order to Extend Time for Settlement Conference:
Case No. C-07-4087 JSW

2

1
2
3
**ORDER**

4   SO ORDERED. The deadline to complete a settlement conference is extended to December 19, 2008.

5
6                                                              .

7
8   DATED: September 25, 2008        *Jeffrey S White*
                                      HON. JEFFREY S. WHITE
9                                     Judge of U.S. District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Stipulation and Proposed Order to Extend Time for Settlement Conference:
Case No. C-07-4087 JSW                                                           3