TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:     (925) 588-0401
Facsimile:     (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:     (415) 956-1800
Facsimile:     (415) 282-4228

Attorneys for Plaintiff RICHARD SKAFF

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:     (415) 554-4261
Facsimile:     (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

MICHAEL BETTINGER, ESQ.
RACHAEL R. DAVIDSON, ESQ.
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
rachel.davidson@klgates.com
mike.bettinger@klgates.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES, | Case No. C07-04087-JSW |
| Plaintiff, | **JOINT STATUS REPORT ON PENDING SETTLEMENT** |
| vs. | |
| UNION SQUARE, et al. | |
| Defendants. | |
| AND RELATED THIRD PARTY ACTION.    / | |

**TO THE COURT:**

As a status on settlement and dispositional documents, the parties are still working on

1  the settlement agreement, and have exchanged proposed drafts.  The major issue remaining is
2  the number of disabled accessible and disabled van accessible spaces to be agreed upon for the
3  first floor of the garage.  The parties tentatively settled this issue subject to verification by the
4  consultants.  Presently, the parties have agreed to schedule a meeting at the subject garage with
5  consultants and parties present to work out that number versus the available space constraints,
6  and are presently attempting to schedule this meeting by March 18, 2009.  The parties will
7  endeavor to have the settlement agreement finalized by March 21, 2009.  Thereafter, the
8  process of approval by the Board of Supervisors is expected to take approximately 45 days.

DATED:  March 14, 2009          THIMESCH LAW OFFICES
                                TIMOTHY S. THIMESCH
                                GENE A. FARBER


                                By: /s/ Signature Authorized
                                 Attorneys for Plaintiff RICHARD SKAFF

DATED: March 14, 2009           JEFFER, MANGELS, BUTLER & MARMARO LLP
                                MARTIN H. ORLICK
                                MATTHEW S. KENEFICK


                                By: /s/ Signature Authorized
                                Attorneys for Defendants CITY AND COUNTY OF
                                SAN FRANCISCO and CITY OF SAN FRANCISCO
                                 UPTOWN PARKING CORPORATION

DATED: March 14, 2009           OFFICE OF THE CITY ATTORNEY
                                ELAINE O'NEIL
                                JOANNE HOEPER
                                JAMES MOXON EMERY


                                By: /s/ Signature Authorized
                                Attorneys for Defendant CITY AND COUNTY OF
                                SAN FRANCISCO

DATED: March 14, 2009           PATRICK M. RYAN, ESQ.
                                WINSTON & STRAWN LLP

                                MICHAEL BETTINGER, ESQ.
                                RACHAEL R. DAVIDSON, ESQ.
                                K&L GATES LLP


                                By: /s/ Signature Authorized
                                Attorneys for Defendant CITY PARK