TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:      (925) 588-0401
Facsimile:      (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:      (415) 956-1800
Facsimile:      (415 ) 282-4228

Attorneys for Plaintiff RICHARD SKAFF

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:      (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:      (415) 554-4261
Facsimile:      (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

MICHAEL BETTINGER, ESQ.
RACHEL R. DAVIDSON, ESQ.
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
rachel.davidson@klgates.com
mike.bettinger@klgates.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>                    Defendants.<br><br>AND RELATED THIRD PARTY ACTION.     / | Case No. C07-04087-JSW (EDL)<br>**For Submission to:**<br>**Magistrate Judge Elizabeth D. Laporte**<br><br>**STIPULATION AND [Proposed] ORDER TO REMOVE CONFIDENTIAL ITEM FROM DOCKET** |

**TO MAGISTRATE JUDGE ELIZABETH LAPORTE:**

To avoid potential breach of the rules regarding the confidentiality of settlement

1  proceedings, the parties request removal from the docket of Item Number 91, which is a copy
2  of plaintiff counsel's letter to Her Honor of April 1, 2009.
3       SO STIPULATED.
4  DATED: April 7, 2009    THIMESCH LAW OFFICES
                             TIMOTHY S. THIMESCH
5                               GENE A. FARBER

6
                             By: /s/ Signature Authorized
7                               Attorneys for Plaintiff RICHARD SKAFF
8  DATED: April 7, 2009    JEFFER, MANGELS, BUTLER & MARMARO LLP
                             MARTIN H. ORLICK
9                               MATTHEW S. KENEFICK

10
                             By: /s/ Signature Authorized
11                              Attorneys for Defendants CITY AND COUNTY OF
                             SAN FRANCISCO and CITY OF SAN FRANCISCO
12                              UPTOWN PARKING CORPORATION
13 DATED: April 7, 2009    OFFICE OF THE CITY ATTORNEY
                             ELAINE O'NEIL
14                              JOANNE HOEPER
                             JAMES MOXON EMERY
15

16                              By: /s/ Signature Authorized
                             Attorneys for Defendant CITY AND COUNTY OF
17                              SAN FRANCISCO
18 DATED: April 7, 2009    PATRICK M. RYAN, ESQ.
                             WINSTON & STRAWN LLP
19
                             MICHAEL BETTINGER, ESQ.
                             RACHEL R. DAVIDSON, ESQ.
20                              K&L GATES LLP
21
22                              By: /s/ Signature Authorized
                             Attorneys for Defendant CITY PARK
23
24                           **ORDER**
25      SO ORDERED.
26      _____.
27 Dated: April 7, 2009
                             HON. ELIZABETH D. LAPORTE
28                              MAG. J. U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*