TIMOTHY S. THIMESCH, Esq. (SBN 148213)
tim@thimeschlaw.com
THIMESCH LAW OFFICES
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Telephone:        (925) 588-0401
Facsimile:        (888) 210-8868

LAW OFFICES OF GENE A. FARBER
GENE A. FARBER, ESQ. (SBN 44215)
genefarber@gmail.com
4258 Twenty Sixth Street
San Francisco, CA 94131
Telephone:        (415) 956-1800
Facsimile:        (415) 282-4228

Attorneys for Plaintiff CRAIG YATES

JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK, ESQ. (Bar No. 083908),
MOrlick@jmbm.com
MATTHEW S. KENEFICK, ESQ. (Bar No. 227298),
MKenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:        (415) 398-8080
Facsimile:        (415) 398-5584

Attorneys for Defendants and Third-Party Plaintiffs CITY AND COUNTY OF SAN FRANCISCO and CITY OF SAN FRANCISCO UPTOWN PARKING CORPORATION, a Non-Profit Public Benefit Corporation

PATRICK M. RYAN, ESQ. (CA Bar No. 203215)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
pryan@winston.com

DENNIS J. HERRERA, ESQ., (SBN 139669)
DANNY CHOU, ESQ. (SBN 180240)
danny.chou@sfgov.org
JAMES M. EMERY, ESQ. (SBN 153630)
jim.emery@sfgov.org
ELAINE M. O'NEIL, ESQ. (SBN 142234)
elaine.o'neil@sfgov.org
Fox Plaza, 1390 Market St., Sixth Floor
San Francisco, CA 94102
Telephone:        (415) 554-4261
Facsimile:        (415) 554-3985

Attorneys for Defendant and Third-Party Plaintiff CITY AND COUNTY OF SAN FRANCISCO

MICHAEL BETTINGER, ESQ.
RACHEL R. DAVIDSON, ESQ.
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Tel: (415) 882-8200
Fax: (415) 882-8220
rachel.davidson@klgates.com
mike.bettinger@klgates.com

Attorneys for Third-Party Defendant SAN FRANCISCO PARKING, INC. d/b/a CITY PARK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION SQUARE, et al.<br><br>                Defendants.<br><br>AND RELATED THIRD PARTY ACTION. | Case No. C07-04087-JSW (EDL)<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION, BUT WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT AND ORDER THEREON** |

      Thanks to the efforts of the Honorable Elizabeth D. Laporte at Settlement Conference, this matter has settled in all aspects, including plaintiff's claims for injunctive relief, statutory

---

1 damages, and reasonable statutory attorney fees, litigation expenses and costs, as well as for
2 the claims made in the cross-complaint. The parties hereby request full dismissal with
3 prejudice of the entire action, but with the limitation that the court retain jurisdiction to
4 interpret and enforce the settlement agreement, as provided for by the terms of the agreement.
5 ////

All parties are to bear their own costs and attorney's fees.

    SO STIPULATED.

DATED: August 24, 2009    THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH
                                    GENE A. FARBER

                                    By: /s/ Signature Authorized
                                    Attorneys for Plaintiff CRAIG YATES

DATED: August 24, 2009    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                    MARTIN H. ORLICK
                                    MATTHEW S. KENEFICK

                                    By: /s/ Signature Authorized
                                    Attorneys for Defendants CITY AND COUNTY OF
                                    SAN FRANCISCO and CITY OF SAN FRANCISCO
                                    UPTOWN PARKING CORPORATION

DATED: August 24, 2009    OFFICE OF THE CITY ATTORNEY
                                    ELAINE O'NEIL
                                    JOANNE HOEPER
                                    JAMES MOXON EMERY

                                    By: /s/ Signature Authorized
                                    Attorneys for Defendant CITY AND COUNTY OF
                                    SAN FRANCISCO

DATED: August 24, 2009    PATRICK M. RYAN, ESQ.
                                    WINSTON & STRAWN LLP

                                    MICHAEL BETTINGER, ESQ.
                                    RACHEL R. DAVIDSON, ESQ.
                                    K&L GATES LLP

                                    By: /s/ Signature Authorized
                                    Attorneys for Defendant CITY PARK

**ORDER**

    SO ORDERED.

Dated: September 11, 2009

                                    HONORABLE JEFFREY S. WHITE
                                    JUDGE OF U.S. DISTRICT COURT